United States District Court
for the District of New Jersey

_____     :
                                                 :
**SUSAN J. SHIRING**                             :
                                                 :        Civil No. 09-1971
      Plaintiff                                  :
                                                 :
      vs.                                        :        Order of Reassignment
**CIGNA CORPORATION, ET AL.**                    :
                                                 :
      Defendant                                  :
_____     :

It is on this 20th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Stanley R. Chesler.


                            S/Garrett E. Brown, Jr.
                        Garrett E. Brown, Jr., Chief Judge
                        United States District Court